# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GINA SMITH SHORT

VERSUS

JAMES KEITH SHORT

NO.  2023 CW 0965

**OCTOBER 16, 2023**

---

In Re:     James  Keith  Short,  applying  for  supervisory  writs,
Family  Court  in  and  for  the  Parish  of  East  Baton
Rouge, No. 222618.

---

**BEFORE:   McCLENDON, WOLFE, AND HESTER, JJ.**

   **STAY DENIED; WRIT DENIED.** The September 25, 2023 judgment finding  relator  in  contempt  and  imposing  punishment  against relator  appears  to  be  a  final,  appealable  judgment.  As  such, relator  has  an  adequate  remedy  by  suspensive  appeal.  <u>See</u> **Capital City Press, LLC v. Louisiana State Univ.**, 2013-1994 (La. 8/28/13),  120 So.3d 250 ("Insofar as relator is aggrieved by the August 14, 2013 judgment imposing sanctions for contempt, it has an adequate  remedy  by  suspensive  appeal.") <u>citing</u> La. Code Civ. P. art. 1915(A)(6).

PMc
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT